James Francis JENKINS, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 15168.

United States Court of Appeals Third Circuit.

Submitted June 14, 1965.

Decided June 21, 1965.

See also 9 Cir., 325 F.2d 942.

James F. Jenkins, pro se.

John Patrick Kelley, Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., for appellee.

Before McLAUGHLIN, STALEY and GANEY, Circuit Judges.

PER CURIAM.

The present appeal of this appellant based on the assertion that he was denied the effective assistance of counsel due to the presence of two United States Deputy Marshals in the room where he consulted with his attorney prior to changing his plea to guilty on January 4, 1960, is utterly without merit.

The judgment of the lower court will be affirmed on the Memorandum and Order of Judge John W. Lord, Jr. of October 8, 1964, D.C., 243 F.Supp. 401.

UNITED STATES of America ex rel. Smith G. HUDSON, Appellant,

v.

James F. MARONEY, Warden, State Correctional Institution, Pittsburgh, Pennsylvania.

No. 15222.

United States Court of Appeals Third Circuit.

Submitted June 7, 1965.

Decided July 22, 1965.

Smith G. Hudson, pro se.

John R. Hoye, Dist. Atty., Uniontown, Pa., for appellee.

Before KALODNER, HASTIE, and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The Order of the District Court dated December 2, 1964 will be affirmed.